MORRIS NEINKEN, Respondent, v. SAMUEL BRILL, Appellant, and Others, Defendants.— In an action to recover of defendant Brill the possession or the value of certain bonds admittedly stolen from plaintiff, of which that defendant

claimed to be a holder in due course and without notice of defect in title, the verdict was for plaintiff. Judgment unanimously affirmed, with costs. (See *Neinken v. Brill*, 251 App. Div. 730.) Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.